**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Albert B. MACKAREY, Respondent.**

**No. 724 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 9, 2003.

### *ORDER*

PER CURIAM.

AND NOW, this 9th day of July, 2003, on certification by the Disciplinary Board that the respondent, ALBERT B. MACKAREY, who was suspended by Order of this Court dated March 11, 2002, for a period of three months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, ALBERT B. MACKAREY, is hereby reinstated to active status, effective immediately.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**David E. WASSERSTROM, Respondent.**

**No. 612 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 24, 2003.

### *ORDER*

PER CURIAM.

AND NOW, this 24th day of July, 2003, there having been filed with this Court by David E. Wasserstrom his verified Statement of Resignation dated May 20, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of David E. Wasserstrom be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania retroactive to November 17, 2000; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.